contracts establishing easements over the nine-foot alley after the contract of sale to the plaintiff, and case set down for March fourteenth.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM LITTLER, Respondent, for Compensation under the Workmen's Compensation Law, v. GEORGE A. FULLER COMPANY, Employer, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of SOPHIE FOSS MEYERS, Respondent, for Compensation under the Workmen's Compensation Law for the Death of FREDERICK W. MEYERS, v. DICKSON .& EDDY, Employers, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award reversed, and claim dismissed. All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GIOVANI LENTINI, Respondent, for Compensation under the Workmen's Compensation Law, v. NEW ENGLAND STEAMSHIP COMPANY, Employer and Self-Insurer, Appellant.— Award reversed and claim dismissed. All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by BESSIE M. SMITH for Compensation to Herself and Children for the Death of WARREN H. SMITH, Claimant, Respondent, v. HEINE SAFETY BOILER COMPANY, Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., Insurer, Appellants.— Award affirmed. All concurred, except Cochrane, J., dissenting, and H. T. Kellogg, J., not voting.

WILLIAM PLASS, Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.— Motion denied.

JOHN J. CALLANAN, Respondent, v. EMILY M. KEENAN, as Executrix of the Estate of DANIEL F. KEENAN, Deceased, Appellant.— Motion granted.

FIRST NATIONAL BANK OF ALBANY, NEW YORK, Respondent, v. GENERAL CONSTRUCTION COMPANY, Appellant.— Motion granted, and question certified as follows: Upon the facts, was the service of the summons invalid?

THE FIRST NATIONAL BANK OF BALLSTON SPA, NEW YORK, Respondent, v. CHARLES W. STICKLE, Appellant.— Judgment and order unanimously affirmed, with costs.

CALVIN A. LAMB, Respondent, v. S. CHENEY & SON, Appellant.— Motion granted, and question certified as follows: Does the complaint state facts sufficient to constitute a cause of action?

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LENA GARLAPOW, Respondent, Arising Out of the Death of CHARLES GARLAPOW, Deceased, v. ZUCKMAIER BROTHERS, Employer, and COMMERCIAL CASUALTY INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of VICTOR SAVINSKY, Respondent, for Compensation under the Workmen's Compensation Law, v. ISAAC HICKS & SON, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.